# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MARCELLUS DEVELOPMENT, LLC, ARD OPERATING, LLC, INTERNATIONAL DEVELOPMENT CORPORATION, and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | Civil Action No. 1:20-CV-00838-CCC<br><br>Electronically Filed |

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kindly enter the appearance of Robert J. Burnett, Esquire and Brendan A. O'Donnell, Esquire and the law firm of Houston Harbaugh, PC, on behalf of Defendant, International Development Corporation in this matter. We are both registered with the ECF filing system for this Court. Please direct copies of all pleadings, notices, orders, and all other documents filed in this case to the following:

Robert J. Burnett, Esquire
Brendan A. O'Donnell, Esquire
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA  15222
rburnett@hh-law.com
odonnellba@hh-law.com
Telephone:  (412) 281-5060
Facsimile:  (412) 281-4499

|  | HOUSTON HARBAUGH, P.C. |
|---|---|
| Dated: June 18, 2020 | */s/ Robert J. Burnett* |
|  | Robert J. Burnett, Esquire |
|  | PA I.D. 76734 |
|  | Brendan A. O'Donnell, Esquire |
|  | PA I.D. 309007 |
|  | Houston Harbaugh, P.C. |
|  | Three Gateway Center |
|  | 401 Liberty Avenue, 22nd Floor |
|  | Pittsburgh, PA 15222 |
|  | (412) 281-5060 |

# **CERTIFICATE OF SERVICE**

I hereby certify that, on June 18, 2020, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed via the Electronic Case Filing (ECF) System which will forward notification of said filing to all counsel of record:

>Laura A. Lange, Esquire
>1670 Sturbridge Drive
>Sewickley, PA 15143
>
>Justin G. Weber, Esquire
>Pepper Hamilton LLP
>Suite 200, 100 Market Street
>Harrisburg, PA 17108
>
>***Attorneys for Plaintiffs***

      */s/ Robert J. Burnett*
      Robert J. Burnett