# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, <br><br> Plaintiffs, <br><br> v. <br><br> ALTA MARCELLUS DEVELOPMENT, LLC, ARD OPERATING, LLC, INTERNATIONAL DEVELOPMENT CORPORATION, and SWN PRODUCTION COMPANY, LLC, <br><br> Defendants. | Civil Action No. 1:20-CV-00838-CCC <br><br> Electronically Filed |

## **CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1**

      Robert J. Burnett, Esquire, counsel for Defendant International Development Corporation, certifies that concurrence to Defendant International Development Corporation's within Motion to Extend Time for International Development Corporation to Respond to Complaint was sought via electronic mail on June 18, 2020. Counsel for the Plaintiffs advised consent to the relief requested in the Motion.

                                                            Respectfully Submitted,

                                                            HOUSTON HARBAUGH, P.C.

Dated:  June 18, 2020                               */s/ Robert J. Burnett*
                                                            Robert J. Burnett, Esquire

PA I.D. 76734
Brendan A. O'Donnell, Esquire
PA I.D. 309007
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060