# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA MARCELLUS DEVELOPMENT, LLC, ARD OPERATING, LLC, INTERNATIONAL DEVELOPMENT CORPORATION, and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | Civil Action No. 1:20-CV-00838-CCC<br><br>Electronically Filed |

## [PROPOSED] ORDER

AND NOW, this _____ day of June 2020, in consideration of Defendant International Development Corporation's Motion to Extend Time for International Development Corporation to Respond to Complaint, the said Motion is GRANTED. International Development Corporation shall file a response to the Complaint on or before June 30, 2020.

BY THE COURT:

_____, J.
Judge Christopher C. Conner

{CLIENT WORK/37902/0012 H1676595:1}