IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiff(s),<br><br>v.<br><br>ALTA MARCELLUS DEVELOPMENT, LLC, et al<br>_____,<br><br>Defendant(s)/<br>Third-Party Plaintiff(s),<br><br>v.<br><br>_____,<br><br>Third-Party Defendant(s). | Civil Action No. 1:20-cv-00838 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant _____,
(type of party)
who is International Development Corporation , makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no parent corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no publicly-held corporation that owns 10% or more of the party's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Robert J. Burnett
Signature of Counsel for Party

Date: June 18, 2020